**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAY CHEN,

                Plaintiff,

    -against-                                   24 **CIVIL** 9050 (VSB)

                                                                   **JUDGMENT**

XIYAN ZHANG, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 12, 2025, Plaintiffs Retransfer Motion, (Doc. 35), and to amend the complaint, (Doc. 9), are DENIED, and Defendants motion to dismiss the complaint, (Doc. 38), is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

     March 12, 2025

                                                            **TAMMI M HELLWIG**
                                                             **Clerk of Court**

                               **BY:**

                                                               **Deputy Clerk**